**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHARLES HUNTER,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SOLUTIONS LLC.,<br><br>      Defendant. | Case No.: 1:26-cv-01706-ELR-JKL |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, CHARLES HUNTER ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, EQUIFAX INFORMATION SOLUTIONS LLC, has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall hereby be dismissed with Prejudice with each party bearing its/their own attorneys' fees and costs.

Dated:      5/6/2026

By:*/s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey
5600 Roswell Road, Building C
Sandy Springs, GA 30342
Email: markcareylaw@ymail.com
Tel: (716) 853-9243
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

By: :<u>*/s/ Mark A. Carey*</u>
Mark A. Carey